## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BREE OMENE**,<br><br>Plaintiff,<br><br>v.<br><br>**ACCENTURE FEDERAL SERVICES**,<br><br>Defendant. | Case No. 1:18-cv-02414 (TNM) |

## ORDER

Upon consideration of Defendant's Motion to Dismiss, the pleadings, relevant law, and related legal memoranda in opposition and support, for the reasons set forth in the accompanying Memorandum Opinion it is hereby

**ORDERED** that Defendant's [41] Motion to Dismiss is GRANTED; it is further

**ORDERED** that Plaintiff's [39] Third Amended Complaint is DISMISSED WITH PREJUDICE.

**SO ORDERED**.

The Clerk of the Court is directed to close the case.

This is a final, appealable Order.

Dated: March 12, 2020                             TREVOR N. McFADDEN, U.S.D.J.