# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Bree Omene
_____
　　　　　　　　Plaintiff

　　　　vs.　　　　　　　　　　Civil Action No. 1:18-cv-02414 (TNM)

Accenture Federal Services
_____
　　　　　　　　Defendant

## NOTICE OF APPEAL

　　Notice is hereby given this   11th   day of   April   , 20 20   , that

Bree Omene

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the   12th   day of   March   , 20 20

in  favor of   Accenture Federal Services

against said   Plaintiff

　　　　　　　　　　　　　　　　　　／s／ Matthew Hunter
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Attorney or Pro Se Litigant

　　　　　　　　　　　　　　　Simply Law, LLC
　　　　　　　　　　　　　　　3 Bethesda Metro Center, Suite 700
　　　　　　　　　　　　　　　Bethesda, MD 20814
　　　　　　　　　　　　　　　202-630-5123
　　　　　　　　　　　　　　　　　　Address and Phone Number

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**  Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Mary M. Lenahan (Bar No. 998721)
WINSTON & STRAWN LLP
1700 K St., NW
Washington, D.C. 20006
Tel: (202) 282-5000
mlenahan@winston.com

Daniel J. Fazio (pro hac vice)
Kara E. Cooper (pro hac vice)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
dfazio@winston.com
kecooper@winston.com